**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:  Patricia Glover          Date: June 24, 2009
Court Reporter:    Paul Zuckerman

Criminal Action No. 09-cr-00135-MSK

*Parties*:                                  *Counsel Appearing*:

UNITED STATES OF AMERICA,                   Suneeta Hazra

Plaintiff,

v.

ROBIN HEINEY,                               Harvey Steinberg

        Defendant.

**COURTROOM MINUTES**

HEARING:   Motions

**4:06 p.m.    Court in session**.

Defendant present on bond.

The Court addresses Defendant's Motion to Continue Motions Deadline (**Doc. #19**)

**ORDER:**   Defendant's Motion to Continue Motions Deadline (**Doc. #19**) is moot, but is **GRANTED** retroactively *nunc pro tunc* to **June 10, 2009.**

The Court addresses Defendant's Motion for Disclosure of Government's Intent to Use Certain Evidence (**Doc. #20**); Defendant's Motion for Disclosure of Rule 404(b) Evidence (**Doc. #21**); Defendant's Motion for Disclosure of Rule 807 Evidence (**Doc. #22**); Defendant's Motion for Production of *Brady* Materials (**Doc. #23**); Defendant's Motion for Preservation of Interview Notes **(Doc. #24).**

The parties advise the issues have been resolved by the pleadings.

**ORDER:**   Defendant's Motions at **Doc. #20, 21, 22, 23 and 24** are **GRANTED** subject to the language set forth in the responses by the Government.

The Court addresses Defendant's Motion to Exclude Handwriting Evidence **(Doc. #25)**

Argument by Mr. Steinberg and Ms. Hazra.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:**   Defendant's Motion to Exclude Handwriting Evidence **(Doc. #25)** is **DENIED** with leave to renew at trial.

The court addresses the parties' Joint 702 Motion (**Doc. #26).**

The Court addresses the procedure for a 702 hearing and how much time the parties need for a hearing.

**ORDER:**   702 hearing on the parties Joint Motion for a 702 hearing (**Doc. #26**) is set on **July 8, 2009 at 8:30 a.m.**, in Courtroom A901, 901 19th Street, Denver, CO.

The Government requests that defendant designate witnesses that may testify at the 702 hearing. Defense counsel objects.

ORDER:   The Government's request for a designation of witnesses, if any, that defense is going to call for purposes of the 702 hearing is **DENIED**. If the defendant intends to call a witness upon whose testimony includes reference to that witness' qualifications, expertise, skill, education, or training, a copy of the witness' resumé will be provided to Government counsel before the hearing.

The Court addresses the Government's request for defendant's Rule 16 disclosures.

Statement from Mr. Steinberg.

**ORDER;**   Defendant will provide reciprocal discovery under Rule 16 by **July 6, 2009**, and they must meet the requirements of information pertinent to all facets of Rule 702.
**ORDER:**   Bond is continued.

**4:27 a.m.**   **Court in recess.**

**Total Time:   21 minutes.**
**Hearing concluded.**