IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00135-MSK

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  ROBIN HEINEY,

     Defendant.

## TRANSFER ORDER

THIS MATTER is before the Court on review of the file.  Due to a conflict in trial

dates for this trial and another criminal case on Judge Krieger's calendar, speedy trial

requirements in this case cannot be met without reassignment of this case to another

judge.  Accordingly, pursuant to D.C.COLO.LCrR 50.1.A, and the United States District

Court for the District of Colorado Protocol Statement Concerning the Use of Visiting

Judges approved August 12, 2009, this matter is hereby TRANSFERRED to **Judge**

**David Russell of the Western District of Oklahoma** with the understanding that

Judge Russell will assume responsibility for the future management and trial of the case

including consideration of all post-trial motions and matters, the actual trial of the case,

and issues arising during jury deliberation.  Counsel shall forthwith contact Judge

Russell's chambers to confirm applicable procedures and schedule.

Dated:  February 22, 2010.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE