IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 09-cr-00135-DLR-1

UNITED STATES OF AMERICA,

    Plaintiffs,

v.

1. ROBIN HEINEY

    Defendant.

## TRANSFER ORDER

THIS MATTER is before the Court on review of the file. On February 22, 2010, this matter was transferred to Judge David Russell of the Western District of Oklahoma pursuant to D.C.Colo.LCrR 50.1.A, and the United States District Court for the District of Colorado Protocol Statement Concerning the Use of Visiting Judges approved August 12, 2009, with the understanding that Judge Russell would assume responsibility for the future management and trial of the case. On February 25, 2010, the parties notified the Court that they have reached a disposition. Therefore, this case shall be **TRANSFERRED BACK** to Judge Marcia S. Krieger so that a change of plea hearing can be scheduled.

    Dated: February 26, 2010

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          Chief United States District Judge